# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 14, 2022

## NO. 03-21-00293-CV

**Kara King, Mayor; Council Members Andrea Willott, Jon Cobb, Andrew Clark, Kevin Hight; and the City of Bee Cave, Appellants**

**v.**

**Bill Goodwin, Appellee**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
VACATED AND DISMISSED -- OPINION BY JUSTICE SMITH;
DISSENTING OPINION BY JUSTICE BAKER**

---

This is an appeal from the judgment signed by the district court on June 24, 2021. Having reviewed the record, it appears that appellee's claims have become moot. Therefore, the Court vacates the district court's judgment and dismisses the cause for want of jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.